No. 73–6707. GUBINS v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 73–6709. HARMON v. FALGOUST ET VIR. Sup. Ct. La. Certiorari denied.

No. 73–6710. ZAUN ET UX. v. FANN, SHERIFF, ET AL. C. A. 8th Cir. Certiorari denied.

No. 73–6711. LANDAW v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 73–6712. EMERINE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 73–6713. FRANKENBERRY v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 73–6714. STEBBINS v. KEYSTONE INSURANCE Co. ET AL. C. A. D. C. Cir. Certiorari denied.

No. 73–6715. DAWSON v. WEINBERGER, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 4th Cir. Certiorari denied.

No. 73–6716. ROBERTS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 73–6717. HICKS v. GARRISON, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 73–6718. HACKETT ET AL. v. HUNT ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 73–6720. POLITE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73–6722. JOHNSON v. COWAN, PENITENTIARY SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.